**THE HONORABLE TANA LIN**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LAUREN HASSON, individually,<br>Plaintiff,<br>v.<br>RENTON SCHOOL DISTRICT NO. 403; THOMAS POULOS; DAMIEN PATTENAUDE; DOES (1)-(20), unknown individuals; & UNNAMED ENTITIES (1)-(20), unknown entities,<br>Defendants. | NO. 2:26-cv-01259-TL<br><br>**[~~PROPOSED~~] ORDER EXTENDING JOINDER AND AMENDMENT DEADLINES** |

**ORDER**

The Court has reviewed the Parties' Stipulated Notice to Extend Joinder and Amendment Deadlines. The Clerk is DIRECTED to reset the deadline for joining additional parties from November 15, 2026, to January 15, 2027, and the deadline for filing amended pleadings from December 14, 2026, to January 15, 2027.

All other deadlines established by the Court's August 4, 2026 Order Setting Jury Trial Date and Related Dates (Dkt. No. 14) remain unchanged.

**IT IS SO ORDERED.**

DATED this 16th day of October, 2026.

Tana Lin
United States District Judge



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907